UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

RAUL GONZALES,
Institutional ID No. 01749226

Plaintiff,

v.

PACHIE CHAN,

Defendant.

No. 1:25-CV-00132-H

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation that the Court dismiss most of Plaintiff's civil-rights claims but should permit one of his claims to proceed to service of process. Dkt. No. 23. No party objected. The District Court independently examined the record and reviewed the findings, conclusions, and recommendation for plain error. Finding none, the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

As a result, the Court finds that Plaintiff's deliberate-indifference claim against Defendant Pachie Chan should proceed with service of process. The Court will enter a separate order requiring Defendant Chan to answer or otherwise respond to Plaintiff's remaining claims.

So ordered.

Dated October 20, 2026.

James Wesley Hendrix
United States District Judge